## CONNOR v. UNITED STATES.
### No. 11328.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 5, 1952.

Decided Dec. 24, 1952.

T. Emmett McKenzie, Washington, D. C., for appellant.

William B. Bryant, Asst. U. S. Atty., Washington, D. C., pro hac vice, by special leave of Court, with whom Charles M. Irelan, U. S. Atty., John C. Conliff, Jr., and Joseph M. Howard, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before PROCTOR, FAHY and WASHINGTON, Circuit Judges.

PER CURIAM.

Appellant was convicted and sentenced for the crime of blackmail. 22 D.C.Code § 2305 (1951). He contends there was insufficient proof of the criminal intent to extort. However, a review of the evidence convinces us that proven facts and circumstances reasonably justify and support an inference of the intent to extort. This the jury found, under guidance of appropriate instructions by the court.

Affirmed.

## Mathilda D. FIORAVANTI, Appellant, v. Quirino FIORAVANTI, Appellee.
### No. 11430.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 9, 1952.

Decided Dec. 22, 1952.

Nathan M. Lubar, Washington, D. C., with whom Leonard S. Melrod, Washington, D. C., was on the brief, for appellant. Charles S. Sures, Washington, D. C., also entered an appearance in behalf of the appellant.

Alvin L. Newmyer, Washington, D. C., with whom Armand Newmyer, Washington, D. C., was on the brief, for appellee. David G. Bress, Washington, D. C., also entered an appearance in behalf of the appellee.

Before CLARK, WILBUR K. MILLER and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the proceedings below. Judge Matthews[1] correctly construed the agreement between the parties. The judgment is accordingly

Affirmed.

1. No opinion for publication.